UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE GILLEY, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> TOVA STABIN, in her individual capacity; COMMUNICATION MANAGER OF THE UNIVERSITY OF OREGON'S DIVISION OF EQUITY AND INCLUSION, in his or her official capacity, <br><br> Defendants-Appellees. | No. 23-35097 <br><br> D.C. No. 3:22-cv-01181-HZ <br> District of Oregon, <br> Portland <br><br> ORDER |
| BRUCE GILLEY, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TOVA STABIN, in her individual capacity; COMMUNICATION MANAGER OF THE UNIVERSITY OF OREGON'S DIVISION OF EQUITY AND INCLUSION, in his or her official capacity, <br><br> Defendants-Appellants. | No. 23-35130 <br><br> D.C. No. 3:22-cv-01181-HZ |

Defendants' unopposed motion (Docket Entry No. 24) for an extension of time to file the second brief on cross-appeal is granted.

The second brief on cross-appeal is due May 10, 2023. The third brief on

2

cross-appeal is due June 9, 2023. The optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT